JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation<br><br>     Plaintiff,<br><br>v.<br><br>RAYMOND W.P. LEUNG, M.D. an individual and RAYMOND W.P. LEUNG M.D. P.C. a professional corporation; DAVID BOHANAN, an individual; TAYLOR L. BOHANAN, a minor, by and through her Guardian ad Litem DAVID BOHANAN; EMILY BOHANAN, a minor, by and through her Guardian ad Litem DAVID BOHANAN; and MEGAN E. BOHANAN, a minor, by and through her Guardian ad Litem DAVID BOHANAN, and DOES 1-10<br><br>     Defendants. | **Case No. EDCV13-00843 JGB (SPx)**<br>**Judge:  Jesus G, Bernal**<br>**Magistrate:  Sheri Pym**<br><br><br>**ORDER ON STIPULATION RE DISMISSAL** |

The Court having reviewed the stipulation between Plaintiff, Catlin Specialty Insurance Company ("Catlin") and Defendants, Raymond W.P. Leung, M.D. an individual, and Raymond W.P. Leung, M.D. Professional Corporation (collectively the "Leung Defendants") by and through their undersigned counsel

1

**ORDER ON STIPULATION RE DISMISSAL**

of record, to dismiss the above-entitled action between them, and finding good cause therefore:

IT IS HEREBY ORDERED that the above-entitled action of Plaintiff Catlin, is dismissed as against Leung Defendants, and no other Defendants, in its entirety, with prejudice, with each party to bear their own fees and costs.

DATED: August 19, 2013

_____
Hon. Jesus G. Bernal
U.S. DISTRICT COURT JUDGE

JS-6

2

**ORDER ON STIPULATION RE DISMISSAL**

1868650.1